### 11629. HALLMAN *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial contained the usual general grounds only. The evidence was conflicting; the jury believed the evidence for the State, and convicted the defendant. In such a case where there is any evidence to support the verdict, and it is approved by the trial judge, this court is powerless to interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 28, 1920.

Indictment for assault and battery; from Webster superior court —Judge Littlejohn. May 15, 1920.

*J. F. Souter, M. A. Walker,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.